IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RAFAEL RAMIREZ, | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-17-218 |
| | § | |
| LUIS LOPEZ, ET AL., | § | |
| Defendant. | § | |

# ORDER

On January 31, 2018, the United States Magistrate Judge filed a Report and Recommendation [Doc. No. 5]. The Plaintiff has objected [Doc. No. 8] to said Report and Recommendation.

Having considered *de novo* the Magistrate Judge's Report and Recommendation and the issues raised by Plaintiff's objections, the Court hereby adopts the Report and Recommendation. Therefore, Rafael Ramirez' complaint [Doc. No. 1] is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief can be granted.

Signed this 12th day of March, 2018.

Andrew S. Hanen
United States District Judge